UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 4, 2016

No. 15-1362

Harold Hoffman,
    Appellant

v.

Nordic Naturals, Inc.

(D.N.J. No. 2-14-cv-03291)

Present:  FUENTES, Circuit Judge

1. Motion by Steven F. Baicker-McKee for Leave to File Brief of Amici Curiae Law Professors in Support of Petition for Rehearing.

2. Brief by Steven F. Baicker-McKee for Leave to Proceed Amicus in in Support of Appellant

         Respectfully,
         Clerk/clw

_____ORDER_____

The foregoing motion for leave to file brief of Amici Curiae is granted.

         By the Court,

         s/Julio M. Fuentes
         Circuit Judge

Dated:  November 15, 2016
CLW/cc: Harold M. Hoffman, Esq.
   Matthew Stiegler, Esq.
   Michael R. McDoanld, Esq.
   Jennifer M. Thibodaux, Esq.
   Steven F. Baicker-Mckee, Esq.