UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 4, 2016

No. 15-1362

Harold Hoffman,
            Appellant

v.

Nordic Naturals, Inc.

(D.N.J. No. 2-14-cv-03291)

Present:  FUENTES, Circuit Judge

1. Motion by Steven F. Baicker-McKee for Leave to File Brief of Amici Curiae Law Professors in Support of Petition for Rehearing.

2. Brief by Steven F. Baicker-McKee for Leave to Proceed Amicus in in Support of Appellant

3. Response filed by Appellee Nordic Naturals in Opposition to Motion to proceed amicus/intervenor.

                                                 Respectfully,
                                                 Clerk/clw

_____ORDER_____
The foregoing motion for leave to file brief of Amici Curiae is granted.

                                                 By the Court,

                                               s/Julio M. Fuentes
                                               Circuit Judge

Dated:  November 15, 2016
CLW/cc: Harold M. Hoffman, Esq.
        Matthew Stiegler, Esq.
        Michael R. McDoanld, Esq.
        Jennifer M. Thibodaux, Esq.
        Steven F. Baicker-Mckee, Esq.